CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 3 2022

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

MICHELE L.,                                    )
                                               )
    Plaintiff                                )
                                               )  Civil Action No. 7:20-CV-388
v.                                             )
                                               )
KILOLO KIJAKAZI, Acting Commissioner           )  By:  Michael F. Urbanski
of Social Security,                            )  Chief United States District Judge
                                               )
    Defendant                                )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 15) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 19) is **GRANTED**, the report and recommendation (ECF No. 24) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 25) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered:  February 3, 2022

Michael F. Urbanski
Chief United States District Judge